NOLL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court,

Appellate Division, Second Department. November 20, 1908.) Action by Mamie Noll against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with $10 costs.